UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERTA JEAN BRADLEY,<br>in her own behalf and as next friend<br>of L.N.B.<br><br>        Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br><br>        Defendant. | Case No. 99-cv-3188 (RCL) |

## [PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $2,144.94, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

**SO ORDERED.**

Date: 12/21/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE